

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2025

No. 04-25-00108-CR

**EX PARTE** Andres **PENA**, Relator(s)

Original Proceeding[1]

**ORDER**

Sitting:     Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
Velia J. Meza, Justice

Relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTON.

It is so **ORDERED** on March 26, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024CRB000010-L1, styled *The State of Texas v. Andres Pena*, pending in the County Court, Webb County, Texas, the Honorable Hugo Martinez presiding.